UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DONNIE CHUNN                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:18CV720TSL-MTP

COMMISSIONER OF US SOCIAL SECURITY                              DEFENDANT
ADMINISTRATION, NANCY A. BERRYHILL

ORDER

This cause is before the court on the objections of plaintiff Donnie Chunn to the report and recommendation of United States Magistrate Judge Michael T. Parker, recommending that the Commissioner's motion to affirm be granted and that plaintiff's motion for summary judgment be denied. Having considered the objections, the court concludes that they are not well taken and will be overruled. The court further concludes that the report and recommendation should be adopted as the opinion of the court.

It is ordered that plaintiff's objections are overruled. It is further ordered that the report and recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the findings of the court. It follows then that the government's motion to affirm is granted, such that the action will be dismissed with prejudice, and that plaintiff's motion for summary judgment is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 17th day of March, 2020.

                                        <u>/s/Tom S. Lee            </u>
                                        UNITED STATES DISTRICT JUDGE